United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWANDA PARNELL, et al.,

    Plaintiffs,

v.

CITY OF BERKELEY,

    Defendant.

Case No. 23-cv-06379-RS

**ORDER REFERRING CASE FOR DETERMINATION OF RELATEDNESS, AND ORDERING DEFENDANT TO MAINTAIN STATUS QUO**

Plaintiffs filed a motion seeking a temporary restraining order ("TRO") against the City of Berkeley to enjoin it from closing the housing encampment located at 8th Street and Harrison Street in Berkeley, CA ("the 8th and Harrison Encampment") and from removing the possessions and vehicles from that encampment until Defendant is able to provide more stable housing and a property preservation plan.

This case is referred to Judge Edward M. Chen to decide whether this case is related to *Prado v. City of Berkeley*, No. 23-cv-04537-EMC, per Civil Local Rule 3-12(c). Following a determination of relatedness, a hearing may be held to determine whether to grant plaintiff's motion for a TRO. A briefing schedule may be set by the assigned judge.

Pending further order, Defendant is temporarily enjoined from closing the housing encampment and removing or seizing plaintiffs' possessions or vehicles. Defendant is ordered to file an opposition to Plaintiffs' motion by Wednesday, December 13, at 11:59pm.

**IT IS SO ORDERED**.

Dated: December 12, 2023

_____
RICHARD SEEBORG
Chief United States District Judge