UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE WANDA PARNELL, et al., <br><br>    Plaintiffs, <br><br>   v. <br><br>CITY OF BERKELEY, <br><br>    Defendant. | Case No. 3:23-cv-06379-EMC  (KAW) <br><br>**ORDER REGARDING FAILURE TO LODGE SETTLEMENT CONFERENCE STATEMENTS** <br><br>Re: Dkt. No. 40 |

This matter is scheduled for a settlement conference before Magistrate Judge Kandis A. Westmore on December 9, 2024. (*See* Pre-Settlement Conference Telephonic Conference Minutes, Dkt. No. 40.)  Pursuant to the Court's Settlement Conference Standing Order, the parties were required to lodge settlement conference statements on or before November 27, 2024, 10 calendar days prior to the settlement conference. Neither party has lodged their statements as required.

To ensure that the Court is able to adequately prepare for the settlement conference, the parties' respective statements must be received (do not file) in both hard and soft copy by **12:00 noon on Wednesday, December 4, 2024**.  Failure to do so will result in the Court vacating the settlement conference.  The parties shall email their "soft" copy to KAWsettlement@cand.uscourts.gov and deliver the hard copy to the Oakland Clerk's Office, 1301 Clay Street, Suite 400 South, Oakland, California.

IT IS SO ORDERED.

Dated: December 2, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge